The People of the State of New York ex rel. Charles C. Spencer, Alias Albert Monroe, Appellant, v. Blakely R. Webster, as Superintendent of Dannemora State Hospital, Respondent.— Appeal from an order dismissing a writ of habeas corpus entered in the Clinton county clerk's office on April 26, 1938, after a jury trial of the issue of appellant's sanity, the jury having found appellant sane and the court having declined to adopt such verdict. Order reversed, upon the law and facts, and an order granted confirming and adopting the verdict of the jury and discharging appellant from custody. Hill, P. J., Rhodes, Bliss and Heffernan, JJ., concur; Crapser, J., dissents.

## Fourth Department, June, 1938.
### (June 28, 1938.)

Joseph J. Lunghino, Appellant, v. The Marine Trust Company of Buffalo and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order denies plaintiff's motion to vacate a default judgment in an action for malicious prosecution.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

Gertrude M. Richey, as Administratrix, etc., of Richard Witter, Deceased, Appellant, v. The State of New York, Respondent. (Claim No. 24688.) — Judgment affirmed, with costs. All concur. (The judgment dismisses a claim for damages for death of claimant's intestate which resulted from being struck by a motor boat on a lake.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.